# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv40

| | |
|---|---|
| WALTER DeWOLF, )<br>)<br>      Plaintiff, )<br>)<br>Vs. )<br>)<br>BEKINS VAN LINES, LLC, )<br>)<br>      Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendant's Consent Motion to Remand Case to State Court. Having considered defendant's motion and reviewed the pleadings, and it appearing that this court would lack subject-matter jurisdiction over this action inasmuch as the action does not involve an amount in controversy that exceeds $10,000.00, a requirement under the *Carmack Amendment*, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Consent Motion to Remand Case to State Court (#5) is **GRANTED,** and this matter is respectfully **REMANDED** to the North Carolina General Court of Justice, District Court Division, for Haywood County. The parties shall bear their own costs of the proceedings in this court.

Signed: March 25, 2010

Dennis L. Howell
United States Magistrate Judge